IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SHEILA V. PRICE**, on behalf of herself and all others similarly situated,<br><br>   *Plaintiff,*<br>v.<br><br>**FIRST ADVANTAGE BACKGROUND SERVICES CORP.**,<br><br>   *Defendant.* | )<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-03393-WSD-WEJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S CLASS CLAIMS OR CLASS ALLEGATIONS IN COUNT I

Defendant First Advantage Background Services Corp. ("First Advantage") respectfully moves the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f) and Local Rule 7.1, to dismiss two of the three class claims in Count I of Plaintiff Sheila V. Price's ("Plaintiff's") Class Action Complaint (the "Complaint") [Doc. 1] and/or to strike the class allegations related to Count I in the Complaint. As grounds for its motion, First Advantage shows the Court that the class definition, on its face, is not susceptible to revision without failing Federal Rule of Civil Procedure 23(b)(3)'s predominance requirement. Not only this, but Plaintiff fails to allege that anyone's information

11429958v1

other than her own was inaccurate—a necessary element of any putative class member's § 1681e(b) claim.

In support of its Motion to Dismiss, First Advantage relies upon its Memorandum of Law filed contemporaneously herewith and the pleadings in this case.

WHEREFORE, Defendant First Advantage respectfully requests that the Court dismiss two of the three class claims in Count I and/or to strike the class allegations related to Count I.

Respectfully submitted, this 12th day of October, 2017.

/s/ Henry R. Chalmers
Henry R. Chalmers
Georgia Bar No. 118715
henry.chalmers@agg.com
Edward P. Cadagin
Georgia Bar No. 647699
edward.cadagin@agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8500
Facsimile: 404-873-8501

*Counsel for Defendant First Advantage Background Services, Corp.*

## **CERTIFICATE OF COMPLIANCE**

By his signature below, and as required by Local Rule 7.1.D., counsel for Defendant First Advantage Background Services Corp. certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.B, namely, Book Antiqua (13 point).

Respectfully submitted, this 12th day of October, 2017.

/s/ Henry R. Chalmers
Henry R. Chalmers

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SHEILA V. PRICE**, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br>v.<br><br>**FIRST ADVANTAGE BACKGROUND SERVICES CORP.**,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-03393-WSD-WEJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S CLASS CLAIMS OR ALLEGATIONS IN COUNT I on all counsel of record by causing a copy of the same to be served via ECF to:

Gary B. Andrews, Jr.
BLAKE ANDREWS LAW FIRM, L.L.C.
1831 Timothy Drive
Atlanta, GA 30329
Tel: 770-828-6225
Fax: 866-828-6882
blake@blakeandrewslaw.com

11429958v1

4

E. Michelle Drake
Joseph C. Harshmall
BERGER & MONTAGUE, P.C.
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414
Tel: 612-594-5999
Fax: 612-584-4470
emdrake@bm.net
jhasmall@bm.net

This 12th day of October, 2017.

/s/ Edward P. Cadagin
Edward P. Cadagin